**IT IS SO ORDERED.**


**SIGNED THIS: April 21, 2008**




_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

```
In Re                       )
                            )      In Bankruptcy
WILLIAM JAMES CLAYTON and   )
KATHLEEN LOUISE CLAYTON,    )      Case No. 05-75777
                            )
          Debtors.          )
```

## O R D E R

For the reasons set forth in an Opinion entered this day,

IT IS THEREFORE ORDERED that an amended fee application consistent with the Opinion be filed on or before May 19, 2008.

### ###